| | |
|---|---|
| District Court of La Plata County<br>La Plata County Courthouse<br>1060 E. 2nd Avenue, Room 106<br>Durango, CO 81301<br><br>**Plaintiffs: STEVE GATES and LISA GATES,** individually, and as parents, guardians and next friends of **STERLING GATES,** a minor child<br><br>v.<br><br>**Defendant: WILLIAM COGGIN** | DATE FILED: June 16, 2017 4:32 PM<br>FILING ID: 9A6CA02CDD7E0<br>CASE NUMBER: 2017CV30115<br><br><br><br>**COURT USE ONLY** |
| *Attorney for Plaintiff*<br><br>Ross Ziev<br>WAHLBERG, WOODRUFF, NIMMO & SLOANE, LLP<br>4601 DTC Boulevard, Suite 950<br>Denver, CO 80237<br>Telephone: 303/ 571-5302<br>Fax: 303/ 571-1806<br>Atty. Ross Ziev; Reg # 43181<br>e-mail: Ross@denvertriallawyers.com | Case Number:<br><br>Courtroom: |
| **COMPLAINT AND JURY DEMAND** ||

The Plaintiffs herein, by and through Ross Ziev, attorney of the law offices of WAHLBERG, WOODRUFF, NIMMO & SLOANE, LLP, hereby files this Complaint and Jury Demand, and demands a jury trial of the following claims for relief and states, avers, and alleges as follows:

### PARTIES AND JURISDICTION

1. Plaintiffs Steve Gates and Lisa Gates, individually and as parents, guardians and next friends of their minor child, Sterling Gates, are residents of Durango, La Plata County, Colorado. Sterling Gates is a 17 year old whose date of birth is February 8, 2000.

2. Upon information and belief, at all times material hereto, WILLIAM COGGIN ("Coggin") was an Arizona resident residing in Tucson, Arizona.

3. The negligent acts alleged herein occurred in the City of Durango and County of La Plata, in the State of Colorado.

4. Jurisdiction and venue are proper in this Court.

## GENERAL ALLEGATIONS

5. On June 26, 2014, Sterling Gates, a minor child, was passing through a pedestrian crosswalk located within the intersection of Camino Del Rio and W. 7th Street in Durango, Colorado.

6. As Sterling Gates passed over Camino Del Rio, the pedestrian yellow flashing lights were engaged.

7. While Sterling Gates was crossing, Defendant drove his vehicle into the pedestrian crosswalk and hit Sterling Gates.

8. Sterling Gates was thrown approximately 20-30 feet away from the point of impact.

9. Sterling Gates suffered severe injuries and was transported to Mercy Medical Center by ambulance.

10. Once at Mercy Medical Center, Sterling Gates was diagnosed with a skull fracture, a traumatic brain injury, a subdural hematoma and other injuries.

11. Sterling Gates was airlifted to Denver because of the severity of his injuries.

12. Steve Gates and Lisa Gates incurred expenses directly and on behalf of Sterling Gates caused by the Defendant's negligence.

## FIRST CLAIM FOR RELIEF
### Negligence

13. Plaintiffs incorporate the above paragraphs as fully set forth herein.

14. At the time of the accident, Defendant had a duty to be alert to pedestrians crossing in marked pedestrian crosswalks.

15. Defendant breached that duty.

16. As a direct and proximate result of the negligent acts and/or failures to act of Defendant as described above, Plaintiffs suffered injuries including, but not limited to, economic damages such as medical bills, lost future wages and loss of earning capacity, non-economic losses including pain and suffering, loss of enjoyment of life and emotional stress, and physical impairment.

## SECOND CLAIM FOR RELIEF
### Negligence *Per Se*

17. Plaintiffs incorporate the above paragraphs as fully set forth herein.

18. At the time of the accident, there existed laws, statutes, ordinances and regulations for the safety and protection for pedestrians' in La Plata County and the State of Colorado.

19. At the time of the accident, Defendant violated the model traffic codes adopted by Durango:

    a. Section 807 – Drivers to exercise due care
    b. Section 1402 – Careless driving – penalty
    c. Section 802 – Pedestrians' right-of-way in crosswalks.
    d. Other applicable sections

20. As a direct and proximate result of the negligent acts and/or failures to act of Defendant as described above, Plaintiffs suffered injuries including, but not limited to, economic damages such as medical bills, lost future wages and loss of earning capacity, non-economic losses including pain and suffering, loss of enjoyment of life and emotional stress, and physical impairment.

21. As a direct and proximate result of Defendant's negligence *per se*, Plaintiffs suffered injuries and damages in an amount to be proven at trial.

**WHEREFORE**, Plaintiffs pray that judgment be entered in their favor and against Defendant for general and special damages in an amount which will fully and fairly compensate for injuries and damages both past and future. Plaintiffs further pray that the court awards prejudgment and post judgment interest as permitted by Colorado law, cost of this suit, expert witness fees, and for such other and further relief as this court may deem just and proper.

**PLAINTIFFS REQUEST A JURY OF SIX TO HEAR ALL ISSUES IN THIS CASE**

DATED: June 16, 2017

Respectfully submitted,

WAHLBERG, WOODRUFF, NIMMO & SLOANE, LLP

/s/ *Ross Ziev*
Ross Ziev #43181
Attorney for Plaintiff
In accordance with C.R.C.P. 121, §1-26(9), a printed copy of this document with original signatures is being maintained by the filing party and will be made available for inspection by other parties or the Court upon request.

Plaintiff's Address:

1969 CR 101
Hesperus, CO, 81326

| | |
|---|---|
| District Court of La Plata County<br>La Plata County Courthouse<br>1060 E. 2nd Avenue, Room 106<br>Durango, CO 81301 | DATE FILED: June 16, 2017 4:32 PM<br>FILING ID: 9A6CA02CDD7E0<br>CASE NUMBER: 2017CV30115 |
| **Plaintiffs: STEVE GATES and LINDA GATES,** Individually and as parents, guardians and next friends of **STERLING GATES, a minor child**<br><br>v.<br><br>**Defendant: WILLIAM COGGIN** | **COURT USE ONLY** |
| *Attorneys for Plaintiffs*<br><br>Ross Ziev<br>WAHLBERG, WOODRUFF, NIMMO<br>& SLOANE, LLP<br>4601 DTC Boulevard, Suite 950<br>Denver, CO 80237<br>Telephone: 303/ 571-5302<br>Fax: 303/ 571-1806<br>Atty: Ross Ziev, #43181<br>e-mail: ross@denvertriallawyers.com | Case Number:<br><br>Courtroom: |

**DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT**

1. **This cover sheet shall be filed with each pleading containing an initial claim for relief in every district court civil (CV) case, and shall be served on all parties along with the pleading.** It shall not be filed in Domestic Relations (DR), Probate (PR), Water (CW), Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases. Failure to file this cover sheet is not a jurisdictional defect in the pleading but may result in a clerk's show cause order requiring its filing.

2. **Check one of the following:**

    ☐ This case is governed by C.R.C.P. 16.1 because:

    - The case is not a class action, domestic relations case, juvenile case, mental health case, probate case, water law case, forcible entry and detainer, C.R.C.P. 106, C.R.C.P. 120, or other similar expedited proceeding; AND

    - A monetary judgment over $100,000 is not sought by any party against any other single party. This amount includes attorney fees, penalties, and punitive damages; it excludes interest and costs, as well as the value of any equitable relief sought.

    ☒ This case is not governed by C.R.C.P. 16.1 because (check ALL boxes that apply):

    ☐ The case is a class action, domestic relations case, juvenile case, mental health case, probate case, water law case, forcible entry and detainer, C.R.C.P. 106, C.R.C.P. 120, or other similar expedited proceeding.

1