IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01759-MEH

STEVE GATES, individually and as parent, guardian, and next friend of, a minor child,
LISA GATES, individually and as parent, guardian, and next friend of, a minor child,

      Plaintiffs,

v.

WILLIAM COGGIN,

      Defendant.

## ORDER CLOSING CASE

**Michael E. Hegarty, United States Magistrate Judge**.

      Before the Court is a Stipulation for Dismissal With Prejudice, ECF No. 21. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court finds the stipulation and terms of the dismissal proper. Thus, this case is voluntarily **dismissed with prejudice**, with each party to bear his or her own fees and costs. The Clerk of the Court is directed to close this case.

      Dated and entered at Denver, Colorado this 28th day of November, 2017.

                                            BY THE COURT:

                                            *Michael E. Hegarty*

                                            Michael E. Hegarty
                                            United States Magistrate Judge